*ing* Solicitor General *Davis,* Assistant Attorney General *Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 77. COOKE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *John H. Cantrell* and *Edward M. Box* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Carlton Fox* and *John R. Benney* for respondent.

No. 79. COLORADO RIVER MUNICIPAL WATER DISTRICT ET AL. *v.* BOARD OF WATER ENGINEERS OF TEXAS ET AL. Supreme Court of Texas. Certiorari denied. *Victor W. Bouldin* for petitioners. *John Ben Shepperd,* Attorney General of Texas, *Burnell Waldrep,* Executive Assistant Attorney General, *Thomas Black,* Assistant Attorney General, and *Joe R. Greenhill,* Special Assistant Attorney General, for respondents.

No. 80. CAGLE *v.* McQUEEN ET AL., DOING BUSINESS AS McQUEEN & STOUT, ET AL. C. A. 5th Cir. Certiorari denied. *Warren E. Miller* for petitioner. *Emil C. Rassman* for respondents.

No. 82. PORTNER *v.* CENTRAL-PENN NATIONAL BANK. C. A. 3d Cir. Certiorari denied. *Harry Norman Ball* for petitioner. *Ira Jewell Williams, Thomas Raeburn White, Joseph W. Henderson* and *Ira Jewell Williams, Jr.* for respondent.

No. 83. PALACE CORPORATION *v.* UNITED STATES. Court of Claims. Certiorari denied. *Leo Fixler* for petitioner. *Acting Solicitor General Davis, Assistant*